is a remedy by writ of error or appeal, yet in rare and exceptional cases it may be issued, although such remedy exists." (See, also, *In re Lincoln*, 202 U. S. 178; *Urquhart* v. *Brown*, 205 U. S. 179.)

This appeal must be dismissed, with costs.

CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ., concur.

Appeal dismissed. _____

JAMES MCKNIGHT, JR., an Infant, by L. JAMES MCKNIGHT, His Guardian ad litem, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*McKnight* v. *City of New York*, 121 App. Div. 924, affirmed.
(Submitted January 13, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Royal E. T. Riggs* of counsel), for appellant.

*J. Bronson Ker* and *M. P. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

_____

MARY BURNS, as Administratrix of the Estate of PATRICK H. BURNS, Deceased, Respondent, *v.* WILLIAM L. CROW, Appellant.

*Burns* v. *Crow*, 127 App. Div. 941, affirmed.
(Argued January 13, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

8, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Frank Verner Johnson* for appellant.

*Edward J. Gavegan* and *George V. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

GAY H. BAUM, Appellant, *v.* UNITED STATES TRUST COMPANY OF NEW YORK et al., as Executors of and Trustees under the Will of MARY A. FLANAGAN, Deceased, et al., Respondents.

*Baum* v. *United States Trust Co.*, 126 App. Div. 904, affirmed.
(Argued January 13, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1908, modifying and affirming as modified a judgment in in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by the owner of a life interest in the income of a certain trust fund to obtain possession of the principal thereof on giving security for its return or to obtain the payment of a gross sum in lieu of the income on said principal.

*John M. Harrington* for appellant.

*A. B. Morrison, James C. de la Mare* and *Edward V. Farley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.